■     In the Matter of HYMAN DECHTER, Respondent, v JOSEPH J. PREVITE et al., Constituting the Board of Elections in the City of New York, Respondents, and JEROME GOODMAN, Appellant.—Judgment, Supreme Court, New York County, entered on August 26, 1975, unanimously affirmed, without costs and without disbursements. Leave to appeal to the Court of Appeals is granted. No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Tilzer and Capozzoli, JJ.